BEFORE THE SECOND DIVISION, JANUARY 17, 1967

No. P67/19.—Consolidated Imports and United Import Sales, Inc. *v.* United States, protests 61/22964 and 61/22977 (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JANUARY 17, 1967

No. P67/20.—Otagiri Mercantile Co., Inc. *v.* United States, protests 64/10617 and 64/18507 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stone lanterns and similar merchandise similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc.*, and *Hoyt, Shepston & Sciaroni et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 18, 1967

No. P67/21.—Border Brokerage Co. *v.* United States, protest 60/13828 (Seattle).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cedar shorts similar in all material respects to those the subject of *Border Brokerage Co. et al.* v. *United States* (52 Cust. Ct. 204, C.D. 2461), the claim of the plaintiff was sustained.